Luther W. Smith, Respondent, v. Thomas E. Fielding, Appellant. — Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

State Board of Pharmacy, Respondent, v. Melvin E. Bellinger, Appellant. — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Olof Thomson, Appellant, v. The Board of Education of The City of New York, Respondent. — Motion granted and order resettled in the form proposed. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Philippo Todaro, Appellant, v. Somerville Realty Company and Others, The City of New York, Impleaded, Respondents. — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Byron Traver, Respondent, v. Robert P. Murphy, Appellant, and Samuel W. Glover, Respondent. — Motion denied, without costs. Present — Jenks, Burr, Thomas and Carr, JJ.; Rich, J., taking no part.

Henry Weyand and Daniel E. Cronin, Appellants, v. The Park Terrace Company, Respondent, Impleaded with Others. — Motion denied, without costs. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.

Henry J. Wirth, Respondent, v. Moses Cohen, Appellant. — Motions denied, with costs, and stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

John Burk and William Burk, etc., Respondents, v. Thomas Bingham, Appellant. — Order of the Municipal Court affirmed, with costs and disbursements. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

John F. Camman, Respondent, v. William J. Braffett, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Max Epstein, Appellant, v. James W. Murphy, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

David Goldstein, Appellant, v. Brooklyn Heights Railroad Company, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.